RASTUS S. RANSOM, as Trustee for MARY F. WELCH, Appellant, *v.* THE NASSAU TRUST COMPANY OF THE CITY OF BROOKLYN, Respondent.

*Ransom* v. *Nassau Trust Co.,* 107 App. Div. 624, affirmed.
(Argued April 22, 1907; decided May 7, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered Sep-

tember 5, 1905, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to recover for an alleged conversion of trust funds.

*Raphael J. Moses* for appellant.

*W. C. Percy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT and WERNER, JJ. Not sitting: WILLARD BARTLETT, J. Absent: HISCOCK, J.